United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16652-amc
Raychel A. Shuker                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2            Date Rcvd: Jul 25, 2019
                              Form ID: pdf900         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
```
db              +Raychel A. Shuker,    3741 Morgantown Road,    Mohnton, PA 19540-7919
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                  Southfield, MI 48034-8331
14209059        +Amzaon,    PO Box 965015,    Orlando, FL 32896-5015
14209060        +Arcadia,    645 Penn Street,    Reading, PA 19601-3543
14209061        +Berks County Drs,    633 Court St,    Fl 6,    Reading, PA 19601-4324
14219621         CACH, LLC its successors and assigns as assignee,     of Capital One, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14209062         Cach, LLC,    c/o Resurgent Capital Services,    Greenville, SC 29602
14209063        +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14209065        +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
14209358        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14209067         Credit Protections Assoc,    One Galleria Tower,    Brashear, TX 75420
14209073         Premium Auto,    POB 965015,    Prospect Park, PA 19076
14209074        +TD Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
14260185         US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
14209075         US Dept Of Ed,    PO Box 4222,    Iowa City, IA 52244
14244148        +Windstream,    Attn: Financial Services,    1720 Galleria Blvd,    Charlotte, NC 28270-2408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2019 03:22:43     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2019 03:23:32      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14209066        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 26 2019 03:22:56
                  Credit Collection Serv,    725 Canton Ave,    Norwood, MA 02062-2679
14209068        +E-mail/Text: bknotice@ercbpo.com Jul 26 2019 03:22:37      Enhanced Recovery,
                  8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
14209069        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 26 2019 03:22:34      Midland Funding,
                  2365 Northside Dre,    Ste 30,    San Diego, CA 92108-2709
14209070        +E-mail/Text: Bankruptcies@nragroup.com Jul 26 2019 03:22:58      National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
14209071        +E-mail/Text: blegal@phfa.org Jul 26 2019 03:22:35      PA Housing Finance Agency,
                  2101 North Front Street,    Harrisburg, PA 17110-1086
14269820        +E-mail/Text: blegal@phfa.org Jul 26 2019 03:22:35      PENNSYLVANIA HOUSING FINANCE AGENCY,
                  211 N. Front St.,    Harrisburg, PA 17101-1406
14245529         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 03:24:12
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14209605        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 03:24:50
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14220047         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2019 03:22:31
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
14209072        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 03:24:51
                  Portfolio Recov Assoc,    120 Corporate Blvd,    Suite 1,    Norfolk, VA 23502-4952
14260185         E-mail/Text: EDBKNotices@ecmc.org Jul 26 2019 03:22:05      US Department of Education,
                  P O Box 16448,    St Paul, MN 55116-0448
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14209064         CNAC - PA108,    601 State Rd,    PA 18048
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa                    Page 2 of 2                    Date Rcvd: Jul 25, 2019
                              Form ID: pdf900               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Raychel A. Shuker tobykmendelsohn@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

RAYCHEL A SHUKER

                                                    : Bankruptcy No. 18-16652REF
    Debtor(s)                                       : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

_____
Ashely M. Chan, U.S. Bankruptcy Judge

Date: July 25, 2019

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

RAYCHEL A SHUKER
3741 MORGANTOWN ROAD
MOHNTON, PA 19540